IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                SEALED ORDER

   v.                                                           12-mj-111

BRENT OLSON,

                Defendant.
_____

      In response to a "target letter" from the government, Brent Olson is seeking court-appointed counsel, claiming that he is indigent. In support of his request, Mr. Olson has submitted a financial affidavit, which has been docketed under seal.

      Mr. Olson's affidavit reports that he and his wife have a gross monthly income of $3800 against claimed monthly expenses of about $2530. Mr. Olson does not account for normal monthly expenses such as groceries, telephone service and the like, so I will assume that at the end of the month, with two adults and three children in the household, there isn't any money left over to pay for an attorney.

      Mr. Olson lists as assets a $165,000 home with a $63,000 mortgage, a Thrift Savings Plan containing $68,000 in stocks, and two motor vehicles in which his equity outweighs his auto loans by about $10,000. Setting aside the Chevy and the Dodge as illiquid assets, Mr. Olson has about $170,000 in assets from which he can draw or against which he can borrow. This is more than enough to pay for an attorney to defend him in this matter.

      In sum, Mr. Olson is not indigent. His request for court-appointed counsel is DENIED.

      Entered this 21st day of November, 2012.

                                                    BY THE COURT:

                                                    /s/

                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge